IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01173-WYD-BNB

PHONG LE,

    Applicant,

v.

STEVEN HARTLEY, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Applicant's "Motion for Permission to File Traverse to Respondents' Answer to Order to Show Cause" (docket # 11) filed on July 30, 2007, is **GRANTED**.

    Dated: March 12, 2008